IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
:
In re                                              :   Chapter 11
:
RENTPATH, LLC,                         :   Case No. 20-10313 (BLS)
:
Debtor.                                      :
:
:   Re: Docket No. 116
------------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned chapter 11 case:

| Date & Time | Location |
|---|---|
| September 29, 2021 at 9:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 1<br>Wilmington, Delaware 19801 |
| October 28, 2021 at 9:30 a.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 6th Floor, Courtroom 1<br>Wilmington, Delaware 19801 |

Dated: August 5th, 2021
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

RLF1 25785273v.1